## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ANDERSON and SHAWN DOLIFKA, individually and on behalf of all other persons similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>TETHER HOLDINGS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, TETHER OPERATIONS LIMITED, IFINEX INC., BFXNA INC., and BFXWW INC.,<br><br>      Defendants. | Case No. 1:21cv10613 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiffs MATTHEW ANDERSON and SHAWN DOLIFKA in this action. I certify that I am admitted to practice in this Court.

Dated: December 13, 2021

                LOWEY DANNENBERG, P.C.

                Respectfully submitted,

                /s Noelle Feigenbaum
                Noelle Feigenbaum
                44 South Broadway, Suite 1100
                White Plains, NY 10601
                Telephone: 914-997-0500
                Facsimile: 914-997-0035
                Email: nfeigenbaum@lowey.com