UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anderson et al.

-v-

Tether Holdings Limited, et al.

**CERTIFICATE OF MAILING**

Case No.:   21cv10613 (ALC)

I hereby certify under the penalties of perjury that on the 7th day of Janary 2022, I served:

Tether Limited

c/o Proxy Secretarial Services Limited

Room 803 K. Wah Centre

191 Java Road

North Point, Hong Kong

☒   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

__1__ copy of Summons, Complaint deemed filed December 10, 2021

**FedEx Shipping 7756 8662 4323**

Dated:   New York, New York
         January 7, 2022

                                    RUBY J. KRAJICK
                                    CLERK OF COURT


                                     /s/JaVonn Ross
                                    JaVonn Ross
                                    DEPUTY CLERK