Filed on behalf of the Plaintiffs
E. Estridge
First
"EE-1"
Sworn: 26 January 2022
Filed:  January 2022

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ANDERSON and SHAWN DOLIFKA, individually and on behalf of all Other persons similarly situated,<br><br>**Plaintiffs**<br>v.<br><br>TETHER HOLDINGS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, TETHER OPERATIONS LIMITED, IFINEX INC., BFXNA., and BFXWW INC.,<br><br>**Defendants** | Civil Action No. 1:21-cv-10613<br><br>Affidavit of Service |

---

## FIRST AFFIDAVIT OF SERVICE OF
## ELDORE ESTRIDGE

---

I, **ELDORE ESTRIDGE**, Litigation Support Assistant, of Conyers Dill & Pearman, Commerce House, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands, **DO MAKE OATH AND STATE AS FOLLOWS**:

1. I am a Litigation Support Assistant employed by Conyers Dill & Pearman of Commerce House, Wickhams Cay 1, P.O. Box 3140, Road Town, Tortola, British Virgin Islands.

2. The contents of this affidavit are derived either from matters within my own knowledge, in which case they are true, or derived from matters or other sources of information identified below, in which case they are true to the best of my knowledge, information and belief.

3. There is now produced and shown to me marked **"EE-1"** a bundle of copy documents to which I will refer in this affidavit. References to page numbers are references to the pages of **"EE-1"**.

4. Upon instructions to our offices from Lowey Dannenberg P.C., New York, I did on the 6th day of January 2022 at approximately 3:38 pm attend and serve the following companies **iFinex Inc., BFXWW Inc., Tether International Limited, Tether Operations Limited, BFXNA Inc.,** and **Tether Holdings Limited** (the **"Companies"**), whose registered offices are located at SHRM Trustees (BVI) Ltd. Trinity Chambers, Road Town, Tortola, British Virgin Islands, the following documents ("**the Documents**"), by delivering and leaving the same at the said address:

    a) Class Action Complaint dated and filed on 10th December 2021; and
    b) Summons in Civil Action dated and filed on 10th December 2021.

5. In order to confirm receipt of the Documents, Sheroia Charles, an Office Administrator at SHRM Trustees (BVI) Ltd., confirmed to me that she is the person authorized to accept service on behalf of the Companies and its Registered Office and acknowledged receipt by signing a stamped service endorsement copy of the service letters dated 6th January 2022, true copies of which are exhibited hereto at pages **[1 - 6]**.

SWORN the 26th day of January 2022 by the above-named **ELDORE ESTRIDGE** at Road Town, Tortola, British Virgin Islands    )
                                                                                                                            :
                                                                                                                            )
Before me:                                                                                                                  :
                                                                                                                            )
                                                                                                                            :
                                                                                                                            )
............................................                              ............................................
**NOTARY PUBLIC**                                                         **ELDORE ESTRIDGE**




2

Legal – 20482495.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ANDERSON and SHAWN DOLIFKA, individually and on behalf of all Other persons similarly situated,<br><br>                          Plaintiffs<br>     v.<br><br>TETHER HOLDINGS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, TETHER OPERATIONS LIMITED, IFINEX INC., BFXNA., and BFXWW INC.,<br><br>                          Defendants | Civil Action No. 1:21-cv-10613<br><br>AFFIDAVIT OF SERVICE |

---

FIRST AFFIDAVIT OF SERVICE OF
ELDORE ESTRIDGE

---

# CONYERS

Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110
T: +1 (284) 852 1000
F: +1 (284) 852 1001
Jerry.Samuel@conyers.com

conyers.com

Filed on behalf of the Plaintiffs<br>
E. Estridge<br>
First<br>
"EE-1"<br>
Sworn: 26 January 2022<br>
Filed: January 2022

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ANDERSON and SHAWN DOLIFKA, individually and on behalf of all Other persons similarly situated,<br><br>**Plaintiffs**<br>v.<br><br>TETHER HOLDINGS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, TETHER OPERATIONS LIMITED, IFINEX INC., BFXNA., and BFXWW INC.,<br><br>**Defendants** | Civil Action No. 1:21-cv-10613<br><br>**CERTIFICATE OF EXHIBIT EE-1** |

## CERTIFICATE OF EXHIBIT "EE-1"

**THIS IS TO CERTIFY** that this is the Exhibit **"EE-1"** referred to in the First Affidavit of Service of **ELDORE ESTRIDGE**, sworn herein on the 26th day of January 2022.

Dated the 26th day of January, 2022

_____
**NOTARY PUBLIC**



Legal – 20482495.1

# CONYERS

**CONYERS DILL & PEARMAN**

Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110

T +1 284 852 1000

conyers.com

**BY HAND**

6th January 2022

Matter No: 960090
+1 284 852 1116
Jerry.Samuel@conyers.com

**IFINEX INC.**
c/o SHRM Trustees (BVI) Ltd.
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: United States District Court for the Southern District of New York
Case 1:21-cv-10613 Mathew Anderson and Shawn Dolifka (individually and on behalf of all other persons similarly situated) -v- Tether Holdings Limited, Tether Limited, Tether International Limited, Tether Operations Limited, iFinex Inc., BFXNA Inc., BFXWW Inc.**

We are instructed by Lowey Dannenberg P.C. who represents the Plaintiffs in respect of the above captioned United States proceedings.

We enclose, by way of service, on **iFinex Inc.** the following documents:

1. Class Action Complaint dated and filed on 10th December 2021; and
2. Summons in Civil Action dated and filed on 13th December 2021.

Kindly acknowledge receipt of the above-mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

*Conyers Dill & Pearman*

**Conyers Dill & Pearman**

Encls (2).

Served on: I Finex Inc
At: SHRM Trustees (BVI) LTD
       Trinity Chambers
Served by: Eldore Estridge
Date: January 6, 2022
Time: 3:36pm
Recipient's Signature: *Charles*

Name & Position
Sheroia Charles
Office Administrator

1

# CONYERS

**CONYERS DILL & PEARMAN**

Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110

T +1 284 852 1000

conyers.com

**BY HAND**

6th January 2022

Matter No: 960090
+1 284 852 1116
Jerry.Samuel@conyers.com

**BFXWW INC.**
c/o SHRM Trustees (BVI) Ltd.
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: United States District Court for the Southern District of New York
Case 1:21-cv-10613 Mathew Anderson and Shawn Dolifka (individually and on behalf of all other persons similarly situated) -v- Tether Holdings Limited, Tether Limited, Tether International Limited, Tether Operations Limited, iFinex Inc., BFXNA Inc., BFXWW Inc.**

We are instructed by Lowey Dannenberg P.C. who represents the Plaintiffs in respect of the above captioned United States proceedings.

We enclose, by way of service, on **BFXWW Inc.** the following documents:

1. Class Action Complaint dated and filed on 10th December 2021; and

2. Summons in Civil Action dated and filed on 13th December 2021.

Kindly acknowledge receipt of the above-mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

*Conyers Dill & Pearman*

**Conyers Dill & Pearman**

Encls (2).

Served on: BFXWW INC, C/O SHRM Trustees (BVI) LTD
At: Trinity Chambers
Served by: Eldore Estridge
Date: January 6, 2022
Time: 3:39
Recipient's Signature: *Charles*

Name & Position
Sharova Charles
Office Administrator

2

# CONYERS

**CONYERS DILL & PEARMAN**

Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110

T +1 284 852 1000

conyers.com

**BY HAND**

6th January 2022

Matter No: 960090
+1 284 852 1116
Jerry.Samuel@conyers.com

**TETHER INTERNATIONAL LIMITED**
c/o SHRM Trustees (BVI) Ltd.
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: United States District Court for the Southern District of New York
Case 1:21-cv-10613 Mathew Anderson and Shawn Dolifka (individually and on behalf of all other persons similarly situated) -v- Tether Holdings Limited, Tether Limited, Tether International Limited, Tether Operations Limited, iFinex Inc., BFXNA Inc., BFXWW Inc.**

We are instructed by Lowey Dannenberg P.C. who represents the Plaintiffs in respect of the above captioned United States proceedings.

We enclose, by way of service, on **Tether International Limited** the following documents:

1. Class Action Complaint dated and filed on 10th December 2021; and
2. Summons in Civil Action dated and filed on 13th December 2021.

Kindly acknowledge receipt of the above-mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

*Conyers Dill & Pearman*

**Conyers Dill & Pearman**

Encls (2).

Served on: TETHER INTERNATIONAL Limited, C/O SHRM Trustees (BVI) LTD
At: Trinity Chambers
Served by: Eldone Estridge
Date: January 6, 2022
Time: 3:40 pm
Recipient's Signature: [signature]
Name & Position
Sheroia Charles
Office Administrator

3

# CONYERS

**CONYERS DILL & PEARMAN**

Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110

T +1 284 852 1000

conyers.com

**BY HAND**

6th January 2022

Matter No: 960090
+1 284 852 1116
Jerry.Samuel@conyers.com

**TETHER OPERATIONS LIMITED**
c/o SHRM Trustees (BVI) Ltd.
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: United States District Court for the Southern District of New York
Case 1:21-cv-10613 Mathew Anderson and Shawn Dolifka (individually and on behalf of all other persons similarly situated) -v- Tether Holdings Limited, Tether Limited, Tether International Limited, Tether Operations Limited, iFinex Inc., BFXNA Inc., BFXWW Inc.**

We are instructed by Lowey Dannenberg P.C. who represents the Plaintiffs in respect of the above captioned United States proceedings.

We enclose, by way of service, on **Tether Operations Limited** the following documents:

1. Class Action Complaint dated and filed on 10th December 2021; and

2. Summons in Civil Action dated and filed on 13th December 2021.

Kindly acknowledge receipt of the above-mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

*Conyers Dill & Pearman*

**Conyers Dill & Pearman**

Encls (2).

Served on: TETHER OPERATIONS Limited, c/o SHRM Trustees (BVI) LTD.
At: Trinity Chambers
Served by: Eldore Estridge
Date: January 6, 2022
Time: 3:41 pm
Recipient's Signature: *[signature] Charles*
Name & Position: Sheroya Charles Office Administrator

4

# CONYERS

**CONYERS DILL & PEARMAN**

Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110

T +1 284 852 1000

conyers.com

**BY HAND**

6th January 2022

Matter No: 960090
+1 284 852 1116
Jerry.Samuel@conyers.com

**BFXNA INC.**
c/o SHRM Trustees (BVI) Ltd.
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: United States District Court for the Southern District of New York
Case 1:21-cv-10613 Mathew Anderson and Shawn Dolifka (individually and on behalf of all other persons similarly situated) -v- Tether Holdings Limited, Tether Limited, Tether International Limited, Tether Operations Limited, iFinex Inc., BFXNA Inc., BFXWW Inc.**

We are instructed by Lowey Dannenberg P.C. who represents the Plaintiffs in respect of the above captioned United States proceedings.

We enclose, by way of service, on **BFXNA Inc.** the following documents:

1. Class Action Complaint dated and filed on 10th December 2021; and

2. Summons in Civil Action dated and filed on 13th December 2021.

Kindly acknowledge receipt of the above-mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

*Conyers Dill & Pearman*

**Conyers Dill & Pearman**

Encls (2).

Served on: BFXNA INC, c/o SHRM Trustees (BVI) LTD
At: Trinity Chambers
Served by: Eldore Estridge
Date: January 6, 2022
Time: 3:41 pm
Recipient's Signature: *Charles*

Name & Position
Shenoia Charles
Office Administrator

5

# CONYERS

**CONYERS DILL & PEARMAN**

Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110

T +1 284 852 1000

conyers.com

**BY HAND**

6th January 2022

Matter No: 960090
+1 284 852 1116
Jerry.Samuel@conyers.com

**TETHER HOLDINGS LIMITED**
c/o SHRM Trustees (BVI) Ltd.
Trinity Chambers
P.O. Box 4301
Road Town, Tortola
British Virgin Islands
VG1110

Dear Sirs,

**Re: United States District Court for the Southern District of New York
Case 1:21-cv-10613 Mathew Anderson and Shawn Dolifka (individually and on behalf of all other persons similarly situated) -v- Tether Holdings Limited, Tether Limited, Tether International Limited, Tether Operations Limited, iFinex Inc., BFXNA Inc., BFXWW Inc.**

We are instructed by Lowey Dannenberg P.C. who represents the Plaintiffs in respect of the above captioned United States proceedings.

We enclose, by way of service, on **Tether Holdings Limited** the following documents:

1. Class Action Complaint dated and filed on 10th December 2021; and
2. Summons in Civil Action dated and filed on 13th December 2021.

Kindly acknowledge receipt of the above-mentioned documents by signing the attached copy of this letter and returning the same to us.

Yours faithfully,

*Conyers Dill & Pearman*

**Conyers Dill & Pearman**

Encls (2).

Served on: TETHER Holdings Limited, c/o SHRM Trustees (BVI) LTD.
At: Trinity Chambers
Served by: Eldore Estridge
Date: January 6, 2022
Time: 3:42 pm
Recipient's Signature: *[signature]*
Name & Position: Shervia Charles, Office Administrator

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ANDERSON and SHAWN DOLIFKA, individually and on behalf of all Other persons similarly situated,<br><br>Plaintiffs<br>v.<br><br>TETHER HOLDINGS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, TETHER OPERATIONS LIMITED, IFINEX INC., BFXNA., and BFXWW INC.,<br><br>Defendants | Civil Action No. 1:21-cv-10613<br><br>CERTIFICATE OF EXHIBIT EE-1 |

CERTIFICATE OF EXHIBIT "EE-1"

# CONYERS

Commerce House, Wickhams Cay 1
PO Box 3140, Road Town, Tortola
British Virgin Islands VG1110
T: +1 (284) 852 1000
F: +1 (284) 852 1001

Jerry.Samuel@conyers.com

conyers.com

Legal – 20482495.1