# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW ANDERSON and SHAWN DOLIFKA, individually and on behalf of all other persons similarly situated,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>TETHER HOLDINGS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, TETHER OPERATIONS LIMITED, INFINEX INC., BFXNA INC., and BFXWW INC.,<br><br>                              Defendants. | Case No. 1:21-cv-10613-ALC<br><br>**DECLARATION OF AMANDA G. FIORILLA IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Amanda G. Fiorilla, declare as follows:

I am an attorney licensed to practice in the State of New York. I am an associate at Lowey Dannenberg, P.C. and counsel of record for Plaintiffs Matthew Anderson and Shawn Dolifka. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

1. Attached as **Exhibit A** is a true and correct copy of the CoinMarketCap Tether to USD price Chart from April 19, 2022 to May 19, 2022.

2. Attached as **Exhibit B** is a true and correct copy of a tweet posted on May 16, 2022 from Defendant Tether's Twitter account @tether_to.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in Pompton Lakes, New Jersey on May 19, 2022.

Dated: May 19, 2022

Amanda G. Fiorilla