**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW ANDERSON, and SHAWN DOLIFKA, individually and on behalf of all other persons similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>TETHER HOLDINGS LIMITED, TETHER LIMITED, TETHER INTERNATIONAL LIMITED, TETHER OPERATIONS LIMITED, IFINEX INC., BFXNA INC., and BFXWW INC.,<br><br>      Defendants. | Case No. 1:21-cv-10613-LTS-SN<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THE [PROPOSED] FIRST AMENDED CLASS ACTION COMPLAINT**<br><br><u>**JURY TRIAL DEMANDED**</u> |

**WHEREAS**, the Court has considered the motion of Plaintiff for entry of an Order granting Plaintiff's Motion For Leave To File The [Proposed] First Amended Class Action Complaint, and all briefing related thereto, the Court hereby grants Plaintiff leave to file the First Amended Class Action Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Dated:  August 25, 2023

/s/ *Christian Levis*
Christian Levis
Noelle Forde
Amanda Fiorilla
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
nforde@lowey.com
afiorilla@lowey.com

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy on the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                               */s/ Christian Levis*
                                                                 Christian Levis