**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
MATTHEW ANDERSON, and SHAWN
DOLIFKA, individually and on behalf of all other
persons similarly situated,

                      Plaintiff,

      -against-                                  21 **CIVIL** 10613 (LTS)

## JUDGMENT

TETHER HOLDINGS LIMITED, TETHER
LIMITED, TETHER INTERNATIONAL
LIMITED, TETHER OPERATIONS LIMITED,
IFINEX INC., BFXNA INC., and BFXWW INC.,

                      Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 11, 2023, Plaintiffs motion for leave to amend the complaint is denied; accordingly, the case is closed.

**Dated:**  New York, New York

      September 11, 2023

                                              **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                      **BY:**

                                                  **Deputy Clerk**